# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

LARRY HOLMES

v.

TONY PARKER

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    05-1009-T/An

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/30/05, this case is hereby DISMISSED for failure to exhaust administrative remedies.  A certificate of appealability is DENIED.  It is further CERTIFIED that, pursuant to Fed. R. App. P. 24(a), any appeal by plaintiff is not taken in good faith and plaintiff may not proceed on appeal *in forma pauperis*.  If petitioner files a notice of appeal he must also pay the full $255 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty (30) days.

APPROVED:

_James D. Todd_

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

_12/11/05_
DATE

BY: _C. Herd_
DEPUTY CLERK

This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on _12-05-05_ .

(7)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01009 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Larry Holmes
NWCX - ID #00089775
960 State Rt. 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT